UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CORDELIA EVANS,

                Plaintiff,

      v.

VAN RU CREDIT CORPORATION,

                Defendant.

**ECF CASE**

09 Civ. 7025 (PGG)

ORDER OF DISMISSAL

PAUL G. GARDEPHE, U.S.D.J.:

        The Court having been advised that all claims asserted herein have been settled, it is ORDERED, that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within thirty days of this order, either party may apply by letter within the thirty day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. Any pending motions are moot.

Dated: New York, New York
       November 16, 2009

                                      SO ORDERED.

                                      _____
                                      Paul G. Gardephe
                                      United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/09
```